ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Markus Edward Hamlett | ) | 3:26-mj-3/HTC |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/3/2025-1/31/2026_____ in the county of _____Escambia_____ in the _____Northern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 871(a) | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joseph L. Akos Jr.
_____
*Printed name and title*

Sworn to telephonically before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: __February 0, 2026__

_____
*Judge's signature*

City and state: _____Pensacola, Florida_____

Hope Thai Cannon, U.S. Magistrate Judge
_____
*Printed name and title*

FILED USDC FLND PN
FEB 2 '26 PM4:01