# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.

**MARKUS EDWARD HAMLETT**

_____/

**INDICTMENT**

3:26-cr-22/MCR

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about January 30, 2026, in the Northern District of Florida, the

defendant,

**MARKUS EDWARD HAMLETT,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily

harm upon, the President of the United States.

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

███████████

_____
JOHN P. HEEKIN
United States Attorney

_____
FOREPERSON

_____
CHRISTOPHER C. PATTERSON
Assistant United States Attorney

2/18/2026
_____
DATE

Returned in open court pursuant to Rule 6(f)

2/18/26
_____
Date

_____
United States Magistrate Judge

FILED USDC FLND PN
FEB 18 '26 PM4:17